UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| DESPINA N.A. LUCAS )<br>        Plaintiff, )<br> )<br>v. )<br> )<br> )<br>UNITED STATES OF AMERICA )<br>*Social Security Administration* )<br>        Defendant. ) | **JUDGMENT**<br><br>No. 2:18-CV-59-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 7, 2020, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED. Plaintiff's claims are DISMISSED.

**This Judgment Filed and Entered on April 8, 2020, and Copies To:**
Despina N.A. Lucas (via US Mail) 101W Airstrip Rd, #178, Kill Devil Hills, NC 27948
Jamie D.C. Dixon (via CM/ECF Notice of Electronic Filing)

April 8, 2020                      PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk